# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **VLADIMIR ROMASHCHENKO,** <br><br>　　　　　Petitioner, <br>　　v. <br>KRISTI NOEM (in her official capacity as Secretary of U.S. Department of Homeland Security) *et al.*, <br><br>　　　　　Respondents. | **ORDER Scheduling TRO Briefs** <br><br> ED CV 26-00353-VBF-AJR |

**No later than 11:59 p.m. on Sunday, February 15, 2026, respondents SHALL FILE a brief responding to the temporary restraining order ("TRO") application.**

**No later than 12:00 noon on Monday, February 16, 2026, petitioner MAY REPLY.**

IT IS SO ORDERED.

Dated:  February 12, 2026

　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge