# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Vladimir ROMASHCHENKO,<br><br>      Petitioner,<br><br>      v.<br><br>Kristi NOEM, in her Official Capacity as Secretary of the U.S. Department of Homeland Security;<br><br>Pamela BONDI, in her Official Capacity as the Attorney General of the United States;<br><br>David MARIN, in his capacity as the Field Office Director of Los Angeles ICE Field Office;<br><br>Todd M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,<br><br>and Fereti Semaia, Warden at the Adelanto ICE processing Center.<br><br>      Respondents. | Case No. 5:26-cv-00353-VBF-AJR<br><br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

**THE COURT FINDS** that Petitioner has demonstrated a likelihood of success on the merits of his claim that his re-detention without notice or a hearing violates the Due Process Clause of the Fifth Amendment and 8 C.F.R. § 212.5. The Court further finds that Petitioner will suffer irreparable harm in the absence of immediate relief, that the balance of equities tips in his favor, and that a temporary restraining order is in the public interest.

Petitioner's Application is **GRANTED** as follows:

**Respondents SHALL IMMEDIATELY RELEASE Petitioner from custody under appropriate conditions of supervision.**

In the Court's discretion, no bond is required under Fed. R. Civ. P. 65(c).

**Respondents, and all officers, agents, servants, employees, and attorneys, and all other persons acting in active concert or participation with them, are ENJOINED from re-arresting or re-detaining Petitioner absent:**

a. Prior written notice to Petitioner's counsel describing with specificity the grounds and material changed circumstances alleged to necessitate re-detention; AND

b.     A hearing before a neutral decisionmaker at which Respondents must prove by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk that cannot be mitigated by conditions of supervision.

**No later than 11:59 p.m. on Saturday, February 21, 2026, the respondents MAY SHOW CAUSE in writing why a preliminary injunction should not issue.**

**No later than Monday, February 23, 2026, petitioner MAY FILE a reply brief.**

IT IS SO ORDERED

Date:  February 17, 2026

_____

THE HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE

2