# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Vladimir ROMASHCHENKO, | Case No. 5:26-cv-00353-VBF-AJR |
| Petitioner, | |
| v. | |
| Kristi NOEM, in her Official Capacity as Secretary of the U.S. Department of Homeland Security; | **PRELIMINARY INJUNCTION** |
| Pamela BONDI, in her Official Capacity as the Attorney General of the United States; | |
| David MARIN, in his capacity as the Field Office Director of Los Angeles ICE Field Office; | |
| Todd M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | |
| and Fereti Semaia, Warden at the Adelanto ICE processing Center. | |
| Respondents. | |

Petitioner's Application for a preliminary injunction is **GRANTED**.

In the Court's discretion, no bond is required under Fed. R. Civ. P. 65(c).

**Pending final judgment in this action, the respondents, and all officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them, are ENJOINED from re-arresting or re-detaining Petitioner absent:**

a. Prior written notice to Petitioner's counsel describing with specificity the grounds and material changed circumstances alleged to necessitate re-detention; AND

b.  A hearing before a neutral decisionmaker at which Respondents must prove by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk that cannot be mitigated by conditions of supervision.

IT IS SO ORDERED.

Date:  February 27, 2026

*Valerie Baker Fairbank*
_____
THE HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE