**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLADIMAR ROMASHCHENKO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, ET AL.,<br>Respondents. | Case No. 5:26-cv-00353-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of the United States Magistrate Judge, Respondents' Objections (the "Objections"), and Petitioner's Response to the Objections. The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Objections were directed. Having conducted a *de novo* review, the Objections do not cause the Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents and all officers, agents, servants, employees, and attorneys, and all other persons acting in active concert or participation with them are enjoined from re-arresting or re-detaining Petitioner

Vladimar Romashchenko (A# 249-372-197) ("Petitioner") absent prior written notice to Petitioner's counsel describing with specificity the grounds and material changed circumstances alleged to necessitate re-detention and a hearing before a neutral decisionmaker at which Respondents must prove by clear and convincing evidence that Petitioner poses a danger to the community or a flight risk that cannot be mitigated by conditions of supervision.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: September 23, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE