**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

VLADIMAR ROMASHCHENKO,
Petitioner,
v.
MARKWAYNE MULLIN, ET AL.,
Respondents.

Case No. 5:26-cv-00353-VBF-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents and all officers, agents, servants, employees, and attorneys, and all other persons acting in active concert or participation with them are enjoined from re-arresting or re-detaining Petitioner Vladimar Romashchenko (A# 249-372-197) ("Petitioner") absent prior written notice to Petitioner's counsel describing with specificity the grounds and material changed circumstances alleged to necessitate re-detention and a hearing before a neutral decisionmaker at which Respondents must prove by clear and convincing evidence that

Petitioner poses a danger to the community or a flight risk that cannot be mitigated by conditions of supervision.

Date: September 23, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE